No. 12–8660. Krug *v.* Roberts, Chief Justice, Supreme Court of the United States, et al. C. A. D. C. Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 12M102. Muthukumar *v.* Kiel. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 12–751. Fifth Third Bancorp. et al. *v.* Dudenhoeffer et al. C. A. 6th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 12–761. POM Wonderful LLC *v.* Coca-Cola Co. C. A. 9th Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. Justice Breyer took no part in the consideration or decision of this petition.

No. 12–8327. McDowell *v.* Nucor Building System. C. A. 4th Cir.; and

No. 12–8913. Hernandez *v.* United States. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 15, 2013, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 12–8986. In re Harper;
No. 12–8998. In re Mosley;
No. 12–9020. In re Miles; and
No. 12–9030. In re Crissup. Petitions for writs of habeas corpus denied.

No. 12–8292. In re Bhat; and
No. 12–8869. In re Burress. Petitions for writs of mandamus denied.

No. 12–562. United States *v.* Woods. C. A. 5th Cir. Certiorari granted. In addition to the question presented by the petition, the parties are directed to brief and argue the following question: "Whether the District Court had jurisdiction in this case under 26 U. S. C. § 6226 to consider the substantial valuation misstatement penalty."